In the Matter of WOLF ZYBERT, Respondent. ADOLPHE DAB, Appellant. In the Matter of the Arbitration between ADOLPHE DAB, Appellant, and WOLF ZYBERT, Respondent.

Argued May 31, 1950; decided July 11, 1950.

*Abraham Kaplan* for appellant.

*Sidney S. Allen* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: CONWAY, J.